FILED

FRANK SANES JR. STATE BAR NO.86382
3826 CARMONA AVE.
LOS ANGELES CA. 90008

(323) 294-4940

(323) 294-4586 FAX
franksanesjr@aol.com
ATTORNEY FOR PLAINTIFFS

2010 JAN -5 AM II: 02

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV10 0042 GBM FMOx

FRANK SANES JR; ADONIS
GLADNEY
        Plaintiffs,

        vs.

CITIBANK; CITIGROUP;
Defendants, Does

1-10
_____

) Case No.:
)
) COMPLAINT FOR DAMAGES:
) (DEMAND FOR JURY TRIAL)
)
) 1.   BREACH OF CONTRACT
) 2.   CONVERSION
) 3.   BREACH OF FIDUCIARY DUTY
) 4.   INTENTIONAL INFLICTION
)      OF EMOTIONAL DISTRESS
) 5.   DEPRIVATION OF RIGHTS
)      UNDER COLOR OF STATE
)      LAW [42 U.S.C. §§ 1983, 1988]
) 6.   CONSPIRACY TO INTERFER
)      WITH CIVIL RIGHTS
)      [42 U.S.C §§ 1985, 1986
)   7.  ABUSE OF PROCESS
)      [CALIFORNIA CODE OF
)      CIVIL PROCEDURE § 1209
)      (A)(4)]

COPY

Plaintiffs allege:

1.   This is an action for deprivation of constitutional rights under color of state law brought pursuant to recodification Section 1979 of the Civil Rights Act of 1971, Title 42 United States Code, Section 1983, for remedies for defendants deprivation of plaintiffs civil rights. FRANK SANES JR. and ADONIS GLADNEY are and at all times mentioned in this complaint were, citizens of the United States, and residents of Los Angeles County California.

2.   A substantial part of the events giving rise to this action occurred in the county of Los Angeles California. Venue is therefore also proper under 28 U.S.C. § 1391(b).

3.   In 1992, plaintiff, Frank Sanes Jr. went into a branch of CALIFORNIA FEDERAL SAVING AND LOAN ASSOCIATION (the predecessor of defendant CITIBANK) and explained that as a member of the California Bar, he was by law (Business and Professions Code R-100) required to set up a "Client Trust Account" in connection with his legal practice. Plaintiff Sanes disclosed that he had a personal checking account with Bank of America and gave all the other requested information. The account was set up using plaintiff's SS Number (indeed plaintiff Sanes had no other tax-payer ID Number). Plaintiff signed all documents presented to him and was thereupon issued deposits receipts

and checks designated "FRANK SANES JR. CLIENT TRUST ACCOUNT" (Attachment "1")  In all the intervening years since 1992,  plaintiff  has utilized said "Client Trust Account" in connection with his law practice.

4.     In 2006, Plaintiff, Adonis Gladney filed a claim that the F.B.I. and the Microsoft Corporation had conspired to shut down his software business from which he was grossing some 1.5 million dollars per year. Gladney claimed that during the May 06 raid, the government had illegally seized some $900,000. in merchandise; his two special construction Lamborghini automobiles; $74,000 in cash and all the other assets it took to run his enterprise. In litigation for the return of his property, Gladney claimed that the  shutdown of his business and seizure his property by the F.B.I. and Microsoft was in part motivated by racial animus because of  the fact that he was black. (2:06-cv-05780-SVW-SS; 2:06-cv-06094-SVW-SS)

5.     In 2008, Gladney was indicted by a Federal Grand  Jury for violation of  the "Digitial Milinnium Copyright Act" and in 2009  was convicted after a jury trial (the first of its kind in the nation  Attachment "2" )

6.     Gladney's attorney filed "Notice of Appeal" with the 9th Circuit over both the "Civil" and "Criminal" case.

7.     On September 22, 2009, the Court warned Gladney and his attorney that the filing fees were past due (attachments 3 & 4)

8.     On October 6, 2009  Gladney and his attorney deposited some $8,000. into the attorney "CLIENT TRUST ACCOUNT"  so as to prepare for the two up-coming "Appeals" At the time said deposits were made, no mention was made that the account was subject to a Withholding Order from the State Franchise Tax Board.

9.     On October 15, 2009 Sanes received a letter from defendant Citibank that the $8,113. in the account had been seized pursuant to an order to withhold funds from the Tax Board and that the funds would be turned over to the Board "within ten (10) business days"; and that in the case of some kind of  error, he should contact the Tax Board directly (Attachment # 5) Attached to this document was an "Order to Withhold Personal Income Tax" letter from the Tax Board claiming that taxpayer "Frank Sanes " owed some $42,638.00 for tax years "2007, 2006, 2005, 2004".(Attachment #6)

10.     Upon receipt of the letter, Sanes immediately called defendant Citibank and protested that he did not owe any back taxes for the referenced years and had therefore "not filed" with the Tax Board. From this first contact, Sanes protested that the $8,000.  was a client trust account, was "on its face"  "exempt" and was therefore not covered by or subject to any "Withholding Order". Over the next several weeks, time and again, Sanes informed defendant bank that the funds

were needed by Gladney for his Appeal and warned of the "Catastrophic"
consequences to Gladney if his appeal was dismissed due to his lack of funds and
that the bank should "under no circumstance" forward the $8,000. to the State
Franchise Tax Board.

11.    Immediately upon receiving the letter from defendant bank, Sanes
contacted The State Franchise Tax Board and spoke with "Valerie" Sanes implored
that she contact Citibank and allow the "CLIENT TRUST ACCOUNT FUNDS" to
be released so as to allow Gladney to go forward with his appeal. "Valerie"
demanded that the attorney "prove" that the account had not been used as a
"personal checking account" and demanded that the bank statements for the "last 3
or 4 months" be "faxed" to her. This was done. When the attorney again called
"Valerie", she said she wanted the bank statements for the preceding 12 months.
(This too was done showing that the balance in the account for the past 12 months
had been $7.65) When Sanes next called, he was told that "Valerie" was sick and
would be out for a week. When Sanes spoke to the supervisor, this person said he
was unable to locate the faxes sent to "Valerie" and requested that the 12
statements be fax directly to him. (This was done) When Sanes next spoke to this
supervisor he said he would be contacting Citibank so as to have the funds released
and that Citibank should be contacted directly as to when the funds would be
actually available.

12.    When Sanes contacted Citibank, he was told that the funds had in fact already been sent to the Tax Board and that there was nothing further it could do.

13.    When Sanes next spoke to "Valerie" she said she and her supervisor had both spoken to the legal department for the Franchise Tax Board, who had in turn spoken to the legal Department for Citybank. Tax Board attorneys had stressed to Citibank that "Attorney Client Trust Accounts" were "exempt" from levy and it (The Board) would return the $8,000.00 if such was the case. Citibank attorneys told Board attorneys that there was no need to return the funds because the "Client Trust Account" had not been set up properly in the first place in 1992. That whereas the law requires a tax-payer ID. Number, this account was set up using only the  Social Security Number of  the attorney and was therefore "Void"

14.    During the  next several weeks, Sanes spoke the multi levels of Citibank  management who confirmed that the bank had told Board attorneys that the  "Trust Account" had been set up improperly in 1992 and was void and that the $8,000. need not be returned. These same officials refused Sanes's requests and demand for a copy of the original contract between itself and Sanes and other paperwork by claiming that it had all  been "lost" or "destroyed".

15.    Due to being deprived of the $8,000. Gladney was unable to secure the transcript and pursue his appeal in connection with his criminal case. (Attachment # 7)

16.     Due to being deprived of the $8,000.Gladney was unable to pay his filing fees in the civil case and therefore suffered the dismissal of his appeal. (Attachment # 8)

1.

## BREACH OF CONTRACT
## (AGAINST ALL DEFENDANTS)

17.     Plaintiffs re-allege paragraphs 1 through 16 as if fully set forth here at.

18.     In 1992, plaintiff, Frank Sanes Jr. went into defendant bank and contracted that it set up a "Client Trust Account" in conformity with California Law. Defendant bank drafted the documents and had plaintiff sign them. Defendant bank set up a "Client Trust Account" for plaintiff; issued checks purporting to be "Client Trust Account" checks and honored all such checks from 1992 until 2009 when for the first time defendant bank claimed that the account set up by it was "void" because in setting up the account the bank had used the attorney's Social Security Number rather than a "tax-payer identification number; it thereupon seized the $8,000. in the account and turned these funds over to the State Franchise Board, allegedly for back taxes owned by "Frank Sanes"

19.     Defendant seized plaintiffs funds, refused to return said funds and refused to give plaintiff copies of the contract setting up the account in the first place. All of the above being in breach of the contract plaintiffs had with defendants .

WHEREFORE  Plaintiff prays for damages according to proof at time of trial.

## 2.

## CONVERSION
## (AGAINST ALL DEFENDANTS)

20.  Plaintiffs re-allege paragraphs 1 through 19  as if fully set forth here at.

21.  The Plaintiffs' "client trust account funds" are exempt under federal and state law from the claims of all creditors, including a bank attempting to turn the funds over to the State Franchise Tax Board .

22.  The bank has knowingly or intentionally exerted control over the Plaintiffs' money.

23.  The bank has knowingly or intentionally exerted unauthorized control over the Plaintiffs' money.

24  The Plaintiffs have suffered damages as the result of the bank's conversion of  the "client trust account"

25.  Due to the bank's conversion of  the "client trust account", the Plaintiffs are entitled to treble damages and additional amounts pursuant to Federal and State law.

WHEREFORE, plaintiff requests judgment as follows against defendants and each of them

1.  For general damages in an amount according to proof

2.  For punitive damages in an amount appropriate to punish defendants

for their wrongful conduct and set an example for others.

3.    For compensatory damages. In an amount to be determined according to proof at trial;

4.    For reasonable attorney's fees, pursuant to 42 U.S.C. § 1988;

5.    For costs of suit Incurred in this action; and

6.    For such other and further relief as the Court deems proper.

3.

BREACH OF FIDUCIARY DUTY<br>(AGAINST ALL DEFENDANTS)

26.    Plaintiffs re-allege paragraphs 1 through 25 as if fully set forth here at.

27.    In setting up the "Client Trust Account" for plaintiff, Frank Sanes Jr., in 1992, defendants imposed upon themselves a "Fiduciary Duty" to look out for and protect the interests of those whose funds of placed into the "Client Trust Account". Defendants had a further duty to make sure that the accounts they set up complied with all laws mandated in setting up such accounts. Defendants had a duty to inform plaintiffs about the withholding order sent to it on September 30, 2009 prior to accepting their $8,000 to be used to prosecute the appellate court action. Defendants had a duty to give accurate information so as to establish that the funds were not covered by the withholding order. In seizing the funds, taking a $125.00 profit for

themselves, and turning the balance over to the Tax Board , defendants breached their

Fiduciary Duties owed to plaintiffs.

WHEREFORE, plaintiff requests judgment as follows against defendants

and each of them

1.  For general damages in an amount according to proof

2.  For punitive damages in an amount appropriate to punish defendants

     for their wrongful conduct and set an example for others.

3.  For compensatory damages. In an amount to be determined according to

     proof at trial;

4.  For reasonable attorney's fees, pursuant to 42 U.S.C. § 1988;

5.  For costs of suit Incurred in this action; and

6.  For such other and further relief as the Court deems proper.

4.

INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS
(AGAINST ALL DEFENDANTS)

28.  Plaintiffs re-allege paragraphs 1 through 27  as if fully set forth here at.

29.  The conduct set forth herein above was extreme and outrageous

and an abuse of the authority and position of defendants and each of them. Said

conduct was intended to cause severe emotional distress, or was done in

conscious disregard of the probability of causing such distress.

30.    The foregoing conduct did in fact cause plaintiffs to suffer severe emotional distress. As a proximate result of said conduct, plaintiffs will be forever damaged.

1.    For general damages in an amount according to proof

2.    For punitive damages in an amount appropriate to punish defendants for their wrongful conduct and set an example for others.

## 5.

### DEPRIVATION OF RIGHTS UNDER COLOR OF STATE LAW [42 U.S.C. §§ 1983, 1988] (AGAINST ALL DEFENDANTS)

31.    Plaintiffs re-allege paragraphs 1 through 30  as if fully set forth here at

32.    Defendants and each of them did the acts and things herein alleged pursuant to and in furtherance of a conspiracy between themselves and the State Franchise Tax Board in an agreement to deny plaintiffs their rights as American Citizen because they were  Black. Defendants furthered the conspiracy by cooperation with each other or lending aid and encouragement to each other and ratifying and adopting the acts of their co-defendants and the Tax Board.

WHEREFORE, plaintiff requests judgment as follows against defendants and each of them

1.   For general damages in an amount according to proof

2.   For punitive damages in an amount appropriate to punish defendants for their wrongful conduct and set an example for others.

3.    For reasonable attorney's fees pursuant to Title 42 of the United States Code, Section 1988

4.   For costs of suit herein incurred; and

5.   For such other and further relief s the court deems proper.

## 6.

### CONSPIRACY TO INTERFER WITH CIVIL RIGHTS [42 U.S.C §§ 1985, 1986 (AGAINST ALL DEFENDANTS)

33.   Plaintiffs re-allege paragraphs 1 through 32 as if fully set forth here at.

34.   Defendants and each of them did the acts and things herein alleged pursuant to and in furtherance of a conspiracy between themselves and the State Franchise Tax Board in an agreement to deny plaintiffs their rights as American Citizen because they were  Black. Defendants furthered the conspiracy by cooperation with each

other or lending aid and encouragement to each other and ratifying and adopting the acts of their co-defendants and the Tax Board.

WHEREFORE, plaintiff requests judgment as follows against defendants and each of them

1.  For general damages in an amount according to proof

2.  For punitive damages in an amount appropriate to punish defendants for their wrongful conduct and set an example for others.

3.  For reasonable attorney's fees pursuant to Title 42 of the United States Code, Section 1988

4.  For costs of suit herein incurred; and

5.  For such other and further relief s the court deems proper.

7.

**ABUSE OF PROCESS**
**[CALIFORNIA CODE OF CIVIL**
**PROCEDURE § 1209 (A)(4)]**
**(AGAINST ALL DEFENDANTS)**

35.  Plaintiffs re-allege paragraphs 1 through 34 as if fully set forth here at.

36.  Defendants by seizing plaintiff's trust account conspired with and forced plaintiff to provide records to the Tax Board that he had not used his client trust

account to conduct personal business.  After plaintiff Sanes had fully complied with Tax Board  demands, defendants refused to allow a release of the turned over funds.

WHEREFORE, plaintiff requests judgment as follows against defendants and each of them

1.     For general damages in an amount according to proof

2.     For punitive damages in an amount appropriate to punish defendants for their wrongful conduct and set an example for others.

5.     For costs of suit herein incurred; and

6.     For such other and further relief s the court deems proper.

### VERIFICATION

I am, FRANK SANES , the plaintiff in the above entitled action. I have read the foregoing  and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles CA.

1/3/10

FRANK SANES JR

DEMAND FOR JURY TRIAL Plaintiff FRANK SANES JR hereby demands a jury trial.

1/3/10

Respectfully submitted,

FRANK SANES JR

COMPLAINT FOR DAMAGES

FRANK SANES JR
CLIENT TRUST ACCOUNT
3826 CARMONA AVE
LOS ANGELES, CA  90008

137

90-7172-3222 224
1-14067059

Pay to the
Order of _____   $

_____ Dollars 🔒

citibank

For _____

⑆322271724⑆ ⑈114067059⑊    013?

**ATTACHMENT # _1_____**

DMCA conviction for seller of bogus Microsoft product keys | Securit...     file:///C:/Users/franksanesjr/Documents/BUSINESS%20FOLDERS/A...

Case 2:10-cv-00042-JFW-FMO   Document 1   Filed 01/05/10   Page 17 of 31   Page ID #:17

CNET News
Security
May 15, 2009 5:52 PM PDT

# DMCA conviction for seller of bogus Microsoft product keys

by Greg Sandoval

Font size
Print
E-mail

Federal authorities accused Adonis Gladney of selling counterfeit **Microsoft product keys**, and on Thursday he was convicted of violating the Digital Millennium Copyright Act.

Gladney, 24, is believed to be the first person convicted for DMCA violations dealing with the circumvention of security protections on software, according to Assistant U.S. Attorney Craig Missakian. Typically, product keys are used to activate software and are printed on Certificate of Authenticity labels that accompany legitimate products.

Missakian, who prosecuted the case in Los Angeles along with Assistant U.S. Attorney Wendy Wu, said the conviction is a sign that administrators at the U.S. Justice Department plan to take these kinds of DMCA violations "more seriously."



"The defendant couldn't have executed his scheme without counterfeit access keys," Missakian said. "(The keys) allowed purchasers to load software on multiple computers."

Among those who unwittingly purchased phony keys from Gladney is the United States Marine Corp. Gladney's attorney, Frank Sanes Jr., declined to comment.

Convicted of one count of violating the DMCA and three counts of mail fraud, Gladney could face several years in prison, Missakian said, adding that Gladney's prison term will likely be based on the amount of monetary damage he caused.

"At this point we're still counting," Missakian said.

ATTACHMENT # _____

DMCA conviction for seller of bogus Microsoft product keys | Securit...     file:///C:/Users/franksanesjr/Documents/CLIENT%20FOLDERS/A...

Case 2:10-cv-00042-JFW-FMO   Document 1   Filed 01/05/10   Page 18 of 31   Page ID #:18

Gladney, who resides in Los Angeles, would advertise software licenses in large volume on his Web sites, **abovegroundsolutions.com** or agsolutionsspc.com. Customers paid their money and received licenses, which prosecutors say Gladney claimed legally covered between 25 and 750 users. Gladney would then ship them a CD loaded with software that authorities say was not designated as a retail product for sale to the general public, such as software that typically comes bundled in PCs.

"The licenses were essentially thin air," Missakian said.

The FBI, which spearheaded the investigation on behalf of the Electronic Crimes Task Force, a group that includes several law enforcement agencies, said that Gladney would obtain key codes and then tweak them so he could use them over and over.

"By repeatedly using and distributing the same key codes on multiple products," an FBI agent wrote in court documents, "Gladney is circumventing one of Microsoft's primary security features for legitimate product activation in violation of (trafficking in unauthorized access devices)."

According to the FBI, Gladney managed to turn his illegal enterprise into a cash cow while he was barely 20. Gladney told agents he had earned more than $3 million. Following his arrest, officials seized $74,038 and two custom-built Lamborghinis.

 Greg Sandoval covers media and digital entertainment for CNET News. He is a former reporter for *The Washington Post* and the *Los Angeles Times*. E-mail Greg, or follow him on Twitter at http://twitter.com/sandoCNET.

## Related

### From CNET

Pirated Windows 7 RC builds botnet

Kanye to Twitter: I want my name back!

RealNetworks' suffers net loss as sales drop

### From around the web

Iran urges Obama not to comment on US jo... Wave3.com - Latest News

DMCA conviction for seller of bogus Microsoft product keys : Securit...    file:///C:/Users/franksanesjr/Desktop/WORKING%20NEWS%20P...

Case 2:09-cv-04607-MMB Document 1-1   Filed 01/05/10   Page 19 of 31   Page ID #:19
Case 2:09-cv-04607-MMB Document 105-32   Filed 04/07/2009   Page 3 of 5

Digg
Delicious
Reddit
Yahoo! Buzz
Facebook

Recent posts from Security

DMCA conviction for seller of bogus Microsoft product keys
McAfee to buy whitelisting vendor Solidcore
U.K. police swamped by surveillance TV data
Facebook members hit by another phishing scam
Pirated Windows 7 RC builds botnet
Microsoft patches critical PowerPoint hole
UC Berkeley computers hacked, 160,000 at risk
Yet another reason why Macs need security software

Related

**From CNET**
Pirated Windows 7 RC builds botnet
Kanye to Twitter: I want my name back!
RealNetworks' suffers net loss as sales drop
**From around the web**
Iran urges Obama not to comment on US jo... Wave3.com - Latest News
The Caps: Keys to Victory Washington Post Blogs - D.C. S...
More related posts        powered by ⏐Sphere

Add a Comment (Log in or register) 19 comments

by NickH May 16, 2009 4:19 AM PDT
What's the USMC doing buying licences off a 20 year old kid?
Reply to this comment
by BtmilHatesRbn May 16, 2009 7:01 AM PDT
Don't ask don't tell
by audubon1946 May 16, 2009 7:14 AM PDT
I haven't purchased any illegal activation keys, but I do believe I was shafted by a seller on eBay
when I purchased what was suppose to be a new copy of Windows XP Pro. My first and most
obvious clue was when the disc arrived and it was not the Microsoft signature holographic label.
One can report these things to eBay and they do deny the seller access, but within a couple of hours
a "new" seller is up auctioning the same thing. How is one to know when you see the Microsoft
bright packaging that inside is a burned copy with a bogus key?
by pentest May 16, 2009 9:21 AM PDT
The DOD gave a billion dollar arms contract to a 18 year old and his stripper girlfriend a few years
back.

by yacahuma May 16, 2009 4:31 AM PDT
And they say, crime doesn't pay. If he gets out of jail, with a million still in his pocket (which he probably
will), is a good deal. Most people will never earn that kind of money in a lifetime.
Reply to this comment
by NickH May 16, 2009 5:15 AM PDT
"he had earned more than $5 million. Following his arrest, officials seized $743,038 and two
custom-built Lamborghinis."

He's 21, has a couple of years of the good life, now he's had his assets seized, and is maybe looking
at 2-5 years of anal-rape, and record when he gets out. I don't pity him, but I don't think he's got
away with much either.

DMCA conviction for seller of bogus Microsoft product keys | Securit...    file://C:/Users/franksanesjr/Desktop/WORKING%20NEWS%20P...

Case 2:08-cr-00814-DGC   Document 1053-2   Filed 03/07/2012   Page 4 of 4   Page ID #:20

by kojacked May 16, 2009 10:00 AM PDT
    @NickH: LOL! I wish so many more deserving people got what he's going to get for the next couple
    of years. A pretty young man will go far in prison! The gift that keeps on giving!

by BmmHatesRbn May 16, 2009 7:00 AM PDT
    Use Linux with WINE.
    Reply to this comment

by shootfirst May 16, 2009 7:32 AM PDT
    Don't we have better things to do than to prosecute some idiot who sells to other idiots something that does
    no actual harm? Why don't we spend our time figuring out what to do with overcrowded prisons. I sure the
    heck do not want to pay for this dbag to go to prison.
    Reply to this comment
    by cpopken May 16, 2009 8:18 AM PDT
        Theft is theft, regardless if you think it is a harmless crime. It doesn't really matter how big or evil
        you think the corporation is, they still have the right to protect their product.
    by contentcreator--2008 May 16, 2009 8:37 AM PDT
        No actual harm? The $3M of licenses should have been worth how much? $10M? Microsoft is
        laying people off due to revenue shortfall --- that $10M is people's jobs. So ask those laid-off people
        if there was "no actual harm" as they wait in the unemployment line. Better yet, let this idiot do the
        asking, stand well back, and see what happens.
    by pentest May 16, 2009 9:21 AM PDT
        Even if MS got the $10 million, they would still be laying off those people.

        MS isn't laying them off because they can't pay them, they are doing it because they are bracing to
        lose billions in the near future.

        $10 million is chump change to MS.

        Nice try on the outrage.

        "Theft is theft, regardless if you think it is a harmless crime. It doesn't really matter how big or evil
        you think the corporation is, they still have the right to protect their product."

        Then MS can sue him into oblivion. It should not be a criminal matter.
    by ShmGem May 16, 2009 9:54 AM PDT
        "It should not be a criminal matter."

        Yeah, and poor Bernie Madoff was simply misunderstood and shouldn't have been prosecuted
        either. Let those stupid investors sue him instead and lessen the burden on our overcrowded prisons.

by pentest May 16, 2009 9:19 AM PDT
    The DOD gave a billion dollar arms contract to a 18 year old and his stripper girlfriend a few years back
    Reply to this comment

by pentest May 16, 2009 9:21 AM PDT
    In other news, a rapist is getting released early to help relieve congestion in the prison system...
    Reply to this comment

by kojacked May 16, 2009 10:01 AM PDT
    This is what the DMCA was for and not that crap the RIAA and MPAA are trying to pull like having ISP
    police and protect their content.
    Reply to this comment

by unknown unknown May 16, 2009 10:17 AM PDT

DMCA conviction for seller of bogus Microsoft product keys | Securit...          file:///C:/Users/franksaresjr/Desktop/WORKING%20NEWS%20P...

Case 2:09-cr-00042-JWS-DMS Document 18-2 Filed 09/02/09 Page 5 of 9 Page ID #:21

Anti-circumvention needs to be repealed.
Reply to this comment

by paulej May 16, 2009 2:48 PM PDT
While I think the kid ought to be punished, what I'd like to know is why it takes sooooo many people to handle such a simple crime. Heck, they knew how to reach the kid and Microsoft could verify the validity of the keys. Yet, they had to use several people in the FBI, work together with the "Electronic Crimes Task Force", and use two prosecutors? This is a good example of prudent use of tax dollars?
Reply to this comment

by monkeyfun14 May 16, 2009 4:44 PM PDT
Do you realize how hard it is to locate a e-criminal?

Add a comment

Log in or create an account to post a comment.ORLog in with your Facebook account

Comment                                    SUBMIT
Popular discussions on CNET:

1. Crave giveaway of the week: Win a year of Slacker Radio Plus

   May 15, 2009 5:00 AM PDT

   (292 recent comments)

2. Pirated Windows 7 RC builds botnet

   May 14, 2009 5:58 AM PDT

   (76 recent comments)

3. Playing with Windows 7's Slingbox-like feature

   May 15, 2009 4:00 AM PDT

   (73 recent comments)

3. Sony Pictures CEO hates the Internet

   May 16, 2009 4:53 PM PDT

   (71 recent comments)

5. Widespread Google outages rattle users

   May 14, 2009 8:51 AM PDT

   (71 recent comments)

The posting of advertisements, profanity, or personal attacks is prohibited. Click here to review our Terms of Use.

advertisement

## Most Popular

1. Playing with Windows 7's Slingbox-like feature
2. Widespread Google outages rattle users
3. Muscle power saves the day for Hubble camera
4. Google networking error caused outage
5. Windows 7: Moving beyond Vista





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

September 22, 2009

---

CA9 Docket No.:     09-56531
Agency Number:     2:06-cv-05780-SVW-SS
Short Title:          USA v. Adonis Gladney

---

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal.**

Payment of the $455.00 U.S. Court of Appeals docket fee is past due. Appellant shall correct this deficiency within 14 days. Failure to respond to this order within the time set out will result in the dismissal of the appeal for failure to prosecute. The fee is payable to the Clerk of the District Court, Tax Court or the Bankruptcy Appellate Panel for an appeal, and to the Clerk of this court in an agency case or original proceeding.

**No papers may be filed with the court until the docket fee requirement has been satisfied. If the docket fee is not paid within ten days of the filing of the notice of appeal, dismissal proceedings will be commenced. 9ᵗʰ Cir. R. 42-1.**

ATTACHMENT # __3__



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



Molly C. Dwyer
Clerk of Court

(415) 355-8000

September 22, 2009

| | |
|---|---|
| CA9 Docket No.: | 09-50469 |
| Agency Number: | 2:08-cr-00686-RHW-1 |
| Short Title: | USA v. Adonis Gladney |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeal docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

Payment of the $455.00 U.S. Court of Appeals docket fee is past due. The fee is payable to the Clerk of the District Court, Tax Court or the Bankruptcy Appellate Panel for an appeal, and to the Clerk of this court in an agency case or original proceeding.

**No papers may be filed with the court until the docket fee requirement has been satisfied. If the docket fee is not paid within ten days of the filing of the notice of appeal, dismissal proceedings will be commenced. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**ATTACHMENT # 4**

*Citicorp Data Systems Incorporated*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*



October 15, 2009

Frank Sanes Jr
3826 Carmona Ave Apt.
Los Angeles, CA 90008

Reference # 092801325418 /JVP/ACCOUNT # 1114067059

Dear Client:

Citibank, N.A. ("Citibank") was served with an Order to Withhold funds by the Franchise Tax Board.  A copy of which is enclosed for your reference.  To comply with the Order, we have segregated the amount of $8,113.65 from your account.  This amount includes a legal processing fee of $125.00.  These funds, less the legal processing fee, will be turned over to the Franchise Tax Board within ten (10) business days from the date of service in compliance with applicable law.

If you feel that this process was served in error, you may contact the Franchise Tax Board, as Citibank is required to comply with the Order.  The Franchise Tax Board can be reached at the number printed on the enclosed Order.

Please forward any replies to this letter to:
Citibank Legal Services Intake
One Court Square, 10th Floor
Long Island City, NY  11120

Sincerely,

Restraining Order/Subpoena Processing Unit

Citicorp Data Systems Incorporated provides client account services for Citibank, N.A

ATTACHMENT #  5

(Page 3 of 3 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:10-cv-00042-JFW-FMO   Document 1   Filed 01/05/10   Page 25 of 31   Page ID #:25



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952
Telephone: (916) 845-7357
Fax: (916) 845-9746

642VG   A-443

# ORDER TO WITHHOLD
# PERSONAL INCOME TAX

### PART 3 – FURNISH TO
### TAXPAYER

Date: 09/30/09          70472650000

CITIBANK, FSB
LEVY PROCESSING DEPT
3296 SACRAMENTO ST
SAN FRANCISCO CA  94115

Tax Year(s): 2007,2006,2005,2004

**ORDER NUMBER: 627173931846916603**

Taxpayer's Name and Address:

FRANK SANES

3826 CARMONA AVE
LOS ANGELES CA 90008-1013

| AMOUNT DUE |
|---|
| **$42,638.12** |

AN ORDER TO WITHHOLD HAS BEEN ISSUED to the addressee, shown above, under authorization of Sections 18670, 18672, and 18674 of the California Revenue and Taxation Code, to enforce payment of an amount due for California Personal Income Tax.

The addressee has been instructed to deduct and withhold the amount due, shown above, from any credits or payments of any nature due, owing and unpaid to you.  Such credits and payments include, but are not limited to, deposits in financial institutions, declared dividends, rents, royalties, deposits in vacation or holiday trust funds, Individual Retirement Accounts, Keogh Accounts, and other personal property in the possession of or controlled by the addressee.

The amount withheld by the addressee will be paid to this department and applied to your account for the tax years noted above.  You should determine the amount withheld by the addressee and, if it is less than the amount due, you should forward payment of the remaining unpaid balance immediately to avoid further collection action.  Please make your check or money order payable to the FRANCHISE TAX BOARD, attach it to this notice, and mail it to the Franchise Tax Board address shown at the top of this page.

---

### SPECIAL INFORMATION CONCERNING TAXPAYER RIGHTS

If we levy upon your account in error, we can reimburse you for charges incurred as a result of our error.  To receive reimbursement, you must write to us within 90 days from the date of the levy.

If immediate full payment of the amount due will create an undue hardship, or if you have already paid the amount due, or if the amount is not due, contact us immediately.  Please telephone the number shown at the top of this form for account information.  You should have this notice with you when you call.

If your bank account includes any money from Social Security or Supplemental Security Income, please contact us immediately at the telephone number at the top of this page.

In keeping with the California Taxpayers' Bill of Rights, we have a Taxpayer Advocate who reviews cases where taxpayers have been unable to resolve their problems with us through regular channels.  You can contact the Taxpayer Advocate by mail: Taxpayer Advocate Bureau, PO Box 157, Rancho Cordova CA 95741-0157.  Telephone: (800) 883-5910.  Website: www.ftb.ca.gov.

---

**ATTACHMENT # 6**

Case 2:10-cv-00042-JFW-FMO   Document 1   Filed 01/05/10   Page 26 of 31   Page ID #:26

From: cacd_ecfmail@cacd.uscourts.gov
To: ecfnef@cacd.uscourts.gov
Subject: Activity in Case 2:08-cr-00686-RHW USA v. Gladney Transcript (CR)
Date: Wed, Nov 4, 2009 3:12 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 11/4/2009 at 3:10 PM PST and filed on 11/4/2009
**Case Name:**      USA v. Gladney
**Case Number:**    2:08-cr-686
**Filer:**
**Document Number:** 115

**Docket Text:**
**TRANSCRIPT filed as to Defendant Adonis Gladney for proceedings held on May 11, 2009 at 1:35 PM. Court Reporter : Deborah K. Gackle, phone number (213) 620-1149. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through COURT REPORTER DEBORAH K. GACKLE OR PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/25/2009. Redacted Transcript Deadline set for 12/5/2009. Release of Transcript Restriction set for 2/2/2010.(Gackle, Deborah)**

**2:08-cr-686-1 Notice has been electronically mailed to:**

Frank Sanes , Jr    franksanesjr@aol.com

Wendy T Wu    wendy.wu@usdoj.gov

**2:08-cr-686-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**E:\RT051109 Re-read_Gladney Pretrial FINAL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/4/2009] [FileNumber=8719901-0]
[715bc5bbb2636bef785518b410e81f52397e2e1a32f016076147c5a53f2c8ee931e7
c9f03da552ff531c6d12f6ba238e551a5dca7841d8dcdedaa63de4305736]]

ATTACHMENT # .7

**FILED**

UNITED STATES COURT OF APPEALS

NOV 12 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>ADONIS GLADNEY,<br><br>            Defendant - Appellant. | No. 09-56531<br><br>D.C. No. 2:06-cv-05780-SVW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

On October 1, 2009, this court ordered appellant, within 21 days, either to pay the filing fees or move to proceed in forma pauperis. The order warned appellant that failure to pay the fees or to move to proceed in forma pauperis would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Kathryn E. White
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KW/MOATT

ATTACHMENT # 8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 42 CBM (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
FRANK SANES JR. BAR NO. 86382
3826 CARMONA AVE
LOS ANGELES CA. 90008
(323) 294-4940; FAX (323) 294-4586
franksanesjr@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FRANK SANES JR.; ADONIS GLADNEY | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10 0042 |
| v. | |
| CITIBANK; CITIGROUP | |
| Does 1 - 10 | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): __CITIBANK; CITIGROUP__

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  __FRANK SANES JR.__ , whose address is __3826 CARMONA AVE.; LOS ANGELES CA. 90008__ .  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___JAN - 4 2010___       By: ___CHRISTOPHER POWERS___
                                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
FRANK SANES JR; ADONIS GLADNEY

**DEFENDANTS**
CITIBANK; CITIGROUP

DoBS 1-10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

FRANK SANES JR. BAR NO. 86382 (323) 294-4940
3826 CARMONA AVE
LOS ANGELES CA. 90008

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
SEIZURE OF CLIENT TRUST ACCOUNT UNDER COLOR OF STATE LAW, 42 U.S.C. 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☑ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____

CV10   0042

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed **related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                      ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                      ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                      ☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Frank James _____   Date 1/3/10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |